## BOEHM v. BOARD OF PODIATRY EXAMINERS

No. 25 PC.

Case below: 41 N.C. App. 567.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 25 September 1979.

## BROWN v. BONEY

No. 287 PC.

Case below: 41 N.C. App. 636.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

## BROWN v. BRYANT

No. 245 PC.

Case below: 41 N.C. App. 405.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 September 1979.

## CHARETT v. CHARETT

No. 294 PC.

Case below: 42 N.C. App. 189.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

## COLE v. SORIE

No. 238 PC.

Case below: 41 N.C. App. 485.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.